

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00195-CV

Renaissance Emergency Physicians, P.A.
v.
Andy Rodriguez, Individually and as Next Friend for K.R. and G.R. and as Personal Representative of the Estate of Stephanie Reyes, Deceased, Rene Reyes and Leticia Reyes

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-3998-17-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Renaissance Emergency Physicians, P.A.

We further order this decision certified below for observance.

July 19, 2018